IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CORY LISENBEE,

      Appellant,

v.                                                                    Case No.  5D18-396

DEAN WHITMAN,

      Appellee.

_____/

Opinion filed August 17, 2018

Appeal from the Circuit Court
for Seminole County,
John Galluzzo, Judge.

Cory Lisenbee, Lake Mary, pro se.

Joseph S. Justice, of Ringer, Henry,
Buckley & Seacord, PA, Orlando, for
Appellee.


PER CURIAM.

The trial court properly dismissed Appellant's amended complaint with prejudice. The applicable statute of limitations had run, and Appellant admittedly failed to comply or plead compliance with the mandatory presuit investigation and notice requirements set forth in chapter 766, Florida Statutes.

AFFIRMED.

ORFINGER, EVANDER and EDWARDS, JJ., concur.